**Approved.**
**It is SO ORDERED.**
**s/***Dan Aaron Polster*
**United States District Judge**
**July 3, 2018**

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ASHLEY RODRIGUEZ | ) | CASE NO: 1:18cv1194 |
| Plaintiff, | ) | JUDGE JONATHAN D. GREENBERG |
| vs. | ) | **NOTICE OF DISMISSAL** |
| | ) | **PURSUANT TO CIV.R. 41(A)** |
| BRIDGES REHABILITATION SERVICES, *ET AL.* | ) | |
| Defendant. | ) | |

Plaintiff, Ashley Rodriguez, by and through counsel, hereby dismisses all claims and parties *without prejudice,* pursuant to Civ. R. 41(A).  Plaintiff, Ashley Rodriguez, reserves her right to refile all claims against all parties at a later date.

Respectfully submitted,

*/s/ Chris P. Wido*
Chris P. Wido (0090441)
**THE SPITZ LAW FIRM, LLC**
25200 Chagrin Road, Suite 200
Beachwood, Ohio 44122
Phone: (216) 291-4744
Fax:    (216) 291-5744
Email:chris.wido@spitzlawfirm.com

*Attorney for Plaintiff Ashley Rodriguez*

**CERTIFICATE OF SERVICE**

